360 A.2d 638

COMMONWEALTH

v.

DARDEN, Appellant.

Submitted March 1, 1976. J. Richard Oare, Jr., and Philip D. Freedman, Assistant Public Defenders, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Order affirmed.